AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) Dyk, Timothy B | 2. Court or Organization Federal Circuit | 3. Date of Report #5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address 717 Madison Place, N.W. Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 17 P 1: 21 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | State of Nebraska (Royalty) | $422.00 |
| 2. | 2003 | Jones Day | $3,419.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Joe Lieberman for President (Consulting) |
| 2. | 2003 | Johns Hopkins University (Teaching/Honorarium ($250.00)) |
| 3. | 2003 | Smith College (Teaching) |
| 4. | 2003 | University of Pennsylvania (Teaching) |
| 5. | 2003 | Century Fund (Honorarium) ($667.00) |
| 6. | 2003 | Dartmouth College (Honorarium) ($250.00) |

## IV. REIMBURSEMENTS - transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Circuit Bar Association | Payment of transportation, lodging, meals and registration fees for attendance at FCBA Conference May 2003 at Amelia Island ($1,884.49) |
| 2. | | |

## V. GIFTS. (includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. MASS BAY BREWING CO. (COMMON STOCK) (SUBCHAPTER S) | | None | N | W | | | | | |
| 2. LOT - TRURO, MA (Parcel 1) ($162,600) | | None | M | S | | | | | |
| 3. ALLEGHENY CO. PA OCPN | B | Interest | | | REDEEM | 02/15 | J | A | |
| 4. BALDWIN WHITEHALL PA. SCH. DIST. CMED. | C | Interest | K | T | | | | | |
| 5. BALDWIN WHITEHALL PA. SCH. DIST. OCPN. | C | Interest | K | T | | | | | |
| 6. BALT. MD CTFS PARTN SER B AMBAC | B | Interest | L | T | | | | | |
| 7. CHIC.ILL G/O ST.UNIV. REV | B | Interest | L | T | | | | | |
| 8. COHOES NY G/O SCH. DIST. | B | Interest | L | T | | | | | |
| 9. FAIRFAX CNTY VAO/● | B | Interest | L | T | | | | | |
| 10. FARMINGTON MICH CMNTY LIB | B | Interest | L | T | | | | | |
| 11. JEFFERSON CTY ALA BRD.ED.SCH. | B | Interest | L | T | | | | | |
| 12. NEW ORLEANS LA EXH. HALL | | None | | | REDEEM | 01/15 | K | A | |
| 13. SAGIMAW CNTY MICH COMP. | B | Interest | L | T | | | | | |
| 14. NEUBERGER & BERMAN CASH RESERVE | A | Dividend | J | T | | | | | |
| 15. ABITIBI CONSOL. INC. (COMMON STOCK) | A | Dividend | | | SOLD | 08/29 | J | | |
| 16. VANGUARD INSURED LONG-TERM TAX EXEMPT FUND INV. | D | Int/Div | | | SOLD | 11/26 | M | | |
| 17. VANGUARD LONG-TERM TAX-EXEMPT FUND INV | D | Int/Div | N | T | | | | | |
| 18. VANGUARD INTERMED-TERM TAX-EXEMPT FUND | D | Int/Div | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. VANGUARD HIGH-YIELD TAX-EXEMPT FUND INV | A | Int/Div | | | SOLD | 01/15 | M | | |
| 20. VANGUARD (MONEY MARKET) | B | Interest | O | T | | | | | |
| 21. AMERICAN TOWER CORP. (COMMON STOCK) | | None | | | SOLD | 06/09 | K | | |
| 22. EMERSON ELECTRIC CO. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | | |
| 23. CORNING INC. (COMMON STOCK) | | None | | | SOLD | 06/09 | J | B | |
| 24. INTERNATL FLAVORS (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | | |
| 25. QUESTAR CORP. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | D | |
| 26. CLOROX CO. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | D | |
| 27. CHUBB CORP. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | D | |
| 28. NEWMONT MNG. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | D | |
| 29. BURLINGTON RES. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | D | |
| 30. SCOTTS CO. (COMMON STOCK) | | None | | | SOLD | 06/09 | K | C | |
| 31. ALBERTSONS, INC. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | | |
| 32. GREAT LAKES CHEM. (COMMON STOCK) | A | Dividend | | | PART BUY | 03/18 | J | | |
| 33. GREAT LAKES CHEM. (COMMON STOCK) | | | | | SOLD | 06/09 | K | | |
| 34. ELECTRONIC DATA SYS. (COMMON STOCK) | A | Dividend | | | PART BUY | 03/18 | J | | |
| 35. ELECTRONIC DATA SYS. (COMMON STOCK) | | | | | PART BUY | 04/16 | J | | |
| 36. ELECTRONIC DATA SYS. (COMMON STOCK) | | | | | SOLD | 06/09 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. SIGMA ALDRICH CORP. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | D | |
| 38. GILLETTE CO. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | C | |
| 39. CONOCO PHILLIPS (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | | |
| 40. MEAD WESTVACO CORP. (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | C | |
| 41. NORTHERN TR CORP (COMMON STOCK) | A | Dividend | | | PART BUY | 03/13 | J | | |
| 42. NORTHERN TR CORP (COMMON STOCK) | | | | | SOLD | 06/09 | K | | |
| 43. PEPSICO (COMMON STOCK) | A | Dividend | | | SOLD | 06/09 | K | C | |
| 44. HOME DEPOT (COMMON STOCK) | A | Dividend | | | BUY | 01/03 | K | | |
| 45. HOME DEPOT (COMMON STOCK) | | | | | SOLD | 06/09 | K | D | |
| 46. LINCOLN ELECTRIC HOLDINGS (COMMON STOCK) | A | Dividend | | | BUY | 03/17 | K | | |
| 47. LINCOLN ELECTRIC HOLDINGS (COMMON STOCK) | | | | | SOLD | 06/09 | K | C | |
| 48. PHELPS DODGE CORP (COMMON STOCK) | | None | | | BUY | 04/24 | K | | |
| 49. PHELPS DODGE CORP (COMMON STOCK) | | | | | SOLD | 06/09 | K | B | |
| 50. FIDELITY MUNICIPAL (MONEY MARKET) | D | Dividend | P1 | T | | | | | |
| 51. PIMCO FLOATING RATE | A | Dividend | K | T | BUY | 10/29 | K | | |
| 52. U.S. TREAS. BILL 02/13/03 | | None | | | REDEEM | 02/13 | K | A | |
| 53. FHLB NOTE 01/10/03 | | None | | | REDEEM | 01/10 | N | A | |
| 54. U.S. TREAS. BILL 08/03 | | None | | | BUY | 02/07 | M | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  ● = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. U.S. TREAS. BILL 08/03 | | | | | PART SELL | 03/17 | K | | |
| 56. U.S. TREAS. BILL 08/03 | | | | | PART SELL | 04/29 | K | A | |
| 57. U.S. TREAS. BILL 08/03 | | | | | PART SELL | 06/09 | K | A | |
| 58. U.S. TREAS. BILL 08/03 | | | | | PART SELL | 08/01 | K | A | |
| 59. U.S. TREAS. BILL 08/03 | | | | | REDEEM | 08/07 | L | A | |
| 60. U.S. TREAS. Bill 05/03 | | None | | | BUY | 02/12 | K | | |
| 61. U.S. TREAS. BILL 05/03 | | | | | PART SELL | 02/28 | K | | |
| 62. U.S. TREAS. BILL 05/03 | | | | | PART SELL | 04/03 | J | | |
| 63. U.S. TREAS. BILL 05/03 | | | | | REDEEM | 05/15 | J | A | |
| 64. EVERGREEN US GOV'T SEC. (MONEY MKT.) | A | Dividend | J | T | | | | | |
| 65. WACHOVIA SECURITIES IRA #1 | E | Div/Int | P1 | T | | | | | |
| 66. -GLOBAL SANTE FE CORP. (COMMON STOCK) | | | | | | | | | |
| 67. -JAPAN FUND | | | | | | | | | |
| 68. -KERR-MCGEE CORP. (COMMON STOCK) | | | | | | | | | |
| 69. -ABITIBI CONSOLIDATED (COMMON STOCK) | | | | | SOLD | 08/20 | K | | |
| 70. -JLG IND (COMMON STOCK) | | | | | PART BUY | 04/01 | J | | |
| 71. -JLG IND (COMMON STOCK) | | | | | SOLD | 08/19 | K | D | |
| 72. -DONNELLEY R R & SONS CO. (COMMON STOCK) | | | | | SOLD | 05/27 | K | D | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,091-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - SONOCO PRODUCTS CO. (COMMON STOCK) | | | | | BUY | 01/15 | K | | |
| 74. - PITNEY BOWES INC. (COMMON STOCK) | | | | | BUY | 03/12 | K | | |
| 75. - PITNEY BOWES INC. (COMMON STOCK) | | | | | SOLD | 05/02 | K | C | |
| 76. - WALT DISNEY CO. (COMMON STOCK) | | | | | BUY | 05/29 | K | | |
| 77. - KAISER ALUMUNIUM & CHEM. SR NOTES | | | | | | | | | |
| 78. - WILLIAMS COMM GR INC. NOTES | | | | | | | | | |
| 79. - WILTEL COMMUNICATIONS (COMMON STOCK) | | | | | PART SELL | 06/09 | J | | |
| 80. - WILTEL COMMUNICATIONS (COMMON STOCK) | | | | | SOLD | 10/29 | I | | |
| 81. - HMH PROPERTIES SR. SEC NOTES | | | | | | | | | |
| 82. - U.S. TREAS. BILL 02/13/03 | | | | | REDEEM | 02/13 | N | A | |
| 83. - U.S. TREAS. BILL 02/27/03 | | | | | REDEEM | 02/27 | O | B | |
| 84. - U.S. TREAS. BILL 05/15/03 | | | | | BUY | 02/12 | N | | |
| 85. - U.S. TREAS. BILL 05/15/03 | | | | | PART SELL | 03/12 | K | | |
| 86. - U.S. TREAS. BILL 05/15/03 | | | | | PART SELL | 04/01 | J | | |
| 87. - U.S. TREAS. BILL 05/15/03 | | | | | REDEEM | 05/15 | N | A | |
| 88. - U.S. TREAS. BILL 05/22/03 | | | | | BUY | 02/24 | O | | |
| 89. - U.S. TREAS. BILL 05/22/03 | | | | | REDEEM | 05/22 | O | B | |
| 90. - U.S. TREAS. BILL 08/21/03 | | | | | BUY | 05/20 | P1 | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | ● = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. - U.S. TREAS. BILL 08/21/03 | | | | | PART SELL | 07/29 | O | A | |
| 92. - U.S. TREAS. BILL 08/21/03 | | | | | REDEEM | 08/21 | O | B | |
| 93. - U.S. TREAS. STRIPS 08/15/13 | | | | | BUY | 07/29 | O | | |
| 94. - U.S. TREAS. STRIPS 08/15/13 | | | | | SOLD | 09/25 | O | J | |
| 95. - U.S. TREAS. BILL 11/28/03 | | | | | BUY | 08/28 | O | | |
| 96. - U.S. TREAS. BILL 11/28/03 | | | | | REDEEM | 11/28 | O | B | |
| 97. - U.S. TREAS. BILL 01/15/04 | | | | | BUY | 10/14 | O | | |
| 98. - U.S. TREAS. BILL 02/26/04 | | | | | BUY | 12/01 | O | | |
| 99. - MANAGED HIGH INCOME PORTFOLIO INC. | | | | | | | | | |
| 100. - RYDEX SERIES TRUST URSA FUND | | | | | BUY | 02/06 | L | | |
| 101. - I SHARES MSU JAPAN INDEX FUND | | | | | BUY | 07/29 | K | | |
| 102. - EVERGREEN U.S. GOV'T SEC. (MONEY MKT.) | | | | | | | | | |
| 103. VANGUARD IRA #1 | E | Div/Int | M | T | | | | | |
| 104. - VANGUARD HIGH-YIELD CORP. FUND | | | | | SOLD | 11/24 | M | | |
| 105. - VANGUARD ADMIRAL TREAS. MM FUND | | | | | BUY | 11/24 | N | | |
| 106. VANGUARD IRA #2 | B | Div/Int | L | T | | | | | |
| 107. - CATS 5/04 | | | | | | | | | |
| 108. - VANGUARD HIGH YIELD CORP. FUND | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. UMB IRA #1 | F | Div/Int | P1 | T | | | | | |
| 110. - RYDEX SERIES TRUST URSA FUND | | | | | PART BUY | 08/26 | M | | |
| 111. - RYDEX SERIES TRUST URSA FUND | | | | | PART BUY | 12/15 | K | | |
| 112. - VANGUARD FIXED INCOME SEC FUND - HIGH YIELD CORP. | | | | | | | | | |
| 113. - VANGUARD INT EQUITY INDEX FUND INC. EUROPEAN PORTFOLIO | | | | | BUY | 04/17 | L | | |
| 114. - VANGUARD INT. EQUITY INDEX FUND INC. EUROPEAN PORTFOLIO | | | | | SOLD | 06/24 | M | D | |
| 115. - FIDELITY INV. TRUST JAPAN SMALL COS. FUND | | | | | | | | | |
| 116. - JAPAN FUND | | | | | | | | | |
| 117. - PIMCO FUNDS TOTAL RETURN FUND (PREV. PAC INV. FUND) | | | | | SOLD | 06/23 | M | C | |
| 118. - AMERICAN TOWER CORP. (COMMON STOCK) | | | | | SOLD | 06/17 | K | E | |
| 119. - BP PLC (COMMON STOCK) | | | | | PART BUY | 01/31 | K | | |
| 120. - GREATER CHINA FUND INC. | | | | | | | | | |
| 121. - LINCOLN ELECTRIC HOLDINGS INC. (COMMON STOCK) | | | | | BUY | 03/17 | K | | |
| 122. - LINCOLN ELECTRIC HOLDINGS INC. (COMMON STOCK) | | | | | SOLD | 11/05 | K | D | |
| 123. - U.S. TREAS. BILL 03/06/03 | | | | | PART SELL | 01/29 | 3 | | |
| 124. - U.S. TREAS. BILL 03/06/03 | | | | | REDEEM | 03/06 | O | B | |
| 125. - U.S. TREAS. BILL 03/27/03 | | | | | REDEEM | 03/27 | N | B | |
| 126. - U.S. TREAS. BILL 06/26/03 | | | | | BUY | 03/27 | N | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. - U.S. TREAS. BILL 06/26/03 | | | | | REDEEM | 06/26 | N | B | |
| 128. - U.S. TREAS. BILL 09/25/03 | | | | | BUY | 06/26 | N | | |
| 129. - U.S. TREAS. BILL 09/25/03 | | | | | REDEEM | 09/25 | N | B | |
| 130. - UMB C.D. 03/12/07 | | | | | BUY | 03/12 | N | | |
| 131. - U.S. TREAS. BILL 01/08/04 | | | | | BUY | 10/09 | O | | |
| 132. UMB IRA #2 | C | Div/Int | O | T | | | | | |
| 133. - RBB FUND INC. NUMERIC MICROCAP | | | | | SOLD | 02/03 | J | | |
| 134. - CORNING INC. (COMMON STOCK) | | | | | SOLD | 02/05 | K | | |
| 135. - ALLEGIANCE TELECOM INC. (COMMON STOCK) | | | | | | | | | |
| 136. - CALDWELL & OAKIN FUNDS: MKT OPP FUND | | | | | PART BUY | 02/04 | K | | |
| 137. - CALDWELL OAKIN FUND: MKT OPP FUND | | | | | PART BUY | 11/10 | K | | |
| 138. - JAPAN FUND | | | | | | | | | |
| 139. - RYDEX SERIES TRUST URSA FUND | | | | | | | | | |
| 140. - LINCOLN ELECTRIC HOLDINGS, INC. (COMMON STOCK) | | | | | BUY | 03/17 | K | | |
| 141. - LINCOLN ELECTRIC HOLDINGS, INC. (COMMON STOCK) | | | | | SOLD | 11/05 | K | D | |
| 142. JANEY MONTGOMERY SCOTT IRA | A | Div/Int | N | T | | | | | |
| 143. - SPEC SIT TECH FUND | | | | | PART SELL | 12/31 | M | G | |
| 144. HEMPSTEAD VILLAGE HSING. AUTH. (LTD. PART.) | A | Dividend | K | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dyk, Timothy B | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. URBAN VILLAGE ASSOC (LTD. PART.) | | None | | | LQD OF PART. | 09/05 | N | G | |
| 146. MASS MUTUAL LIFE INS. | A | Dividend | K | W | | | | | |
| 147. ING LIFE INS. | C | Dividend | M | T | | | | | |
| 148. RIGGS BANK, WASHINGTON, D.C. ACCT #1 | A | Interest | J | T | | | | | |
| 149. RIGGS BANK, WASHINGTON, D.C. ACCT #2 | A | Interest | J | T | | | | | |
| 150. RIGGS BANK, WASHINGTON, D.C. ACCT #3 | A | Interest | K | T | | | | | |
| 151. U.S. SAVINGS BOND (SERIES I) | B | Interest | M | T | PART BUY | 02/10 | L | | |
| 152. PROMISSORY NOTE FROM C. GOINGS & A.CARTER | B | Interest | K | T | | | | | C.GOINGS & A.CARTER |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. Income does not include return of capital for Subchapter S Corporations or Limited Partnerships.

2. Total income for IRA accounts is total income as reported by custodian of account.

3. Gain on sales of government bills and zero coupon obligations is difference between purchase price and sales price. Income is not separately reported except for zero coupon obligations held at year-end.

4. Items # 67 through 73, 114, and 183 through 185 in the report for 2002 do not appear in the current report because they are attributable to ████ who was 21 the end of the year 2003 and no longer qualifies as a ████████ within the meaning of the Act.

5. Item #74 in the report for 2002 was erroneously included as an asset; it was redeemed on 8/15/02 and column D(3) should have been J; and D(4) A.

6. In 2003, my former law firm, Jones, Day continued to hold funds on my behalf to satisfy foreign tax liabilities relating to income received during the period that I was a partner. I asked to have the funds in the account at year-end paid to me and to have the firm bill me directly for future foreign tax liabilities. The funds received by me at year-end 2003 are reported in Section III (A).

7. Item #117 was inadvertently omitted from the 2002 report. Column D(1) should be BUY; D(2) 06/03; and D(3) L.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____                Date  May 14, 2004 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544